**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____District of____ District of Idaho

Case number (If known): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 105

# Involuntary Petition Against an Individual

12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

Check one:

☑ Chapter 7
☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's full name**

Nathan "Nate"
First name

W.
Middle name

Pyles
Last name

_____
Suffix (Sr., Jr., II, III)

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed, married, maiden, or trade names, or *doing business as* names.

Shiloh Management Services, Inc.;
Shiloh Investments, Inc.; Clear Portal;
England Group, Inc.; Gilgal Development

**4. Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

☑ Unknown

xxx – xx – ___ ___ ___ ___     OR     9 xx – xx – ___ ___ ___ ___

**5. Any Employer Identification Numbers (EINs) used in the last 8 years**

☑ Unknown

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

Official Form 105                Involuntary Petition Against an Individual                page **1**

Debtor  Pyles, Nathan "Nate" W.  Case number (if known) _____

| 6. Debtor's address | **Principal residence** | | | | **Mailing address, if different from residence** | | |
|---|---|---|---|---|---|---|---|
| | 6268 W. Lake Hazel Rd. | | | | | | |
| | Number  Street | | | | Number  Street | | |
| | Nampa | | ID | 83687 | | | |
| | City | | State | ZIP Code | City | State | ZIP Code |
| | Canyon | | | | | | |
| | County | | | | | | |
| | **Principal place of business** | | | | | | |
| | 6268 W. Lake Hazel Rd. | | | | | | |
| | Number  Street | | | | | | |
| | Nampa | | ID | 83687 | | | |
| | City | | State | ZIP Code | | | |
| | Canyon | | | | | | |
| | County | | | | | | |

**7. Type of business**

- ☐ Debtor does not operate a business

*Check one if the debtor operates a business:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☑ None of the above

**8. Type of debt**

**Each petitioner believes:**

- ☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

- ☑ No
- ☐ Yes. Debtor _____ Relationship _____
    District _____ Date filed _____ Case number, if known _____
    MM / DD / YYYY

    Debtor _____ Relationship _____
    District _____ Date filed _____ Case number, if known _____
    MM / DD / YYYY

Debtor  Pyles, Nathan "Nate" W._____    Case number (if known)_____

| **Part 3:** | **Report About the Case** |

**10. Venue**
Reason for filing in this court.

Check one:

☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Triple B, LLC by Roger Button, Member | Commercial real estate loans | $ 650,000.00 |
| Stock Boise, LLC by Steve Mednicoff, Member | Commercial real estate loans | $ 960,000.00 |
| Flash Investments, LLC by Bruce Schlaich, Member | Commercial real estate loans | $ 640,000.00 |
| | Total | $ 2,250,000.00 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Debtor  Pyles, Nathan "Nate" W.                          Case number (if known) _____

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

✗ /s/
Signature of petitioner or representative, including representative's title

Triple B, LLC, by Roger Button, Member
Printed name of petitioner

Date signed  10 / 30 / 2017
             MM / DD / YYYY

**Mailing address of petitioner**

c/o Gery W. Edson, P.O. Box 448
Number  Street

Boise                    ID     83701
City                    State   ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone  _____
Email  _____

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City            State        ZIP Code

**Attorneys**

✗ /s/
Signature of attorney

Gery W. Edson; ISB #2984
Printed name

GERY W. EDSON, P.A.
Firm name, if any

P.O. Box 448
Number  Street

Boise                    ID     83701
City                    State   ZIP Code

Date signed  10 / 30 / 2017
             MM / DD / YYYY

Contact phone  (208) 345-8700   Email gedson@gedson.com

Official Form 105                    Involuntary Petition Against an Individual                    page 4

Debtor   Pyles, Nathan "Nate" W.                             Case number (if known) _____

---

✗ /s/

Signature of petitioner or representative, including representative's title

Stock Boise, LLC, by Steve Mednicoff, Mbr.
Printed name of petitioner

Date signed  10 / 30 / 2017
             MM / DD / YYYY

**Mailing address of petitioner**

c/o Gery W. Edson, P.O. Box 448
Number    Street

Boise                          ID        83701
City                           State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City          State ZIP Code

---

✗ /s/

Signature of Attorney

Gery W. Edson; ISB #2984
Printed name

GERY W. EDSON, P.A.
Firm name, if any

P.O. Box 448
Number   Street

Boise                          ID        83701
City                           State     ZIP Code

Date signed  10 / 30 / 2017
             MM / DD / YYYY

Contact phone  (208) 345-8700   Email  gedson@gedson.com

---

✗ /s/

Signature of petitioner or representative, including representative's title

Flash Investment, LLC, by Bruce Schlaich, Mbr.
Printed name of petitioner

Date signed  10  30  2017
             MM / DD / YYYY

**Mailing address of petitioner**

c/o Gery W. Edson, P.O. Box 448
Number    Street

Boise                          ID        83701
City                           State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City          State       ZIP Code

---

✗ /s/

Signature of Attorney

Gery W. Edson; ISB #2984
Printed name

GERY W. EDSON, P.A.
Firm name, if any

P.O. Box 448
Number   Street

Boise                          ID        83701
City                           State     ZIP Code

Date signed  10  30  2017
             MM / DD / YYYY

Contact phone  (208) 345-8700   Email  gedson@gedson.com

---

Official Form 105            Involuntary Petition Against an Individual            page **5**