**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 17-01459-JDP |
| NATHAN PYLES, | ) |
| | ) Ch 7 |
| | ) |
| Debtor. | ) |

Order for Relief in an Involuntary Case

On consideration of the petition filed on November 1, 2017, against the above-named debtor, an order for relief under chapter 7 of the Bankruptcy Code (Title 11 of the U.S. Code) is hereby granted.

//end of text//

Dated:  December 1, 2017

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge