# United States Bankruptcy Court
## District of Idaho

In re **Nathan Ward Pyles**　　　　　　Case No. **17-01459-JDP**
　　　　　　Debtor(s)　　　　　　Chapter **7**

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR (GENERIC)

**The Creditor's former mailing address was:**

Name:　**Katherine Fischer**

Address:　**3 Wildwood Court**
**Daly City, CA 94015**

**Please be advised that effective December 26, 2017,**
**The Creditor's new mailing address is:**

Name:　**Katherine Fischer**

Address:　**516 105th Ave., Apt A**
**Oakland  CA  94603**

　　　　　　　　　　**/s/ Jeffrey P. Kaufman**
　　　　　　　　　　**Jeffrey P. Kaufman 8022**
　　　　　　　　　　Authorized Signer/Title