**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Nathan Ward Pyles** |
| | First Name       Middle Name       Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name       Middle Name       Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number | **17-01459-JDP** |

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property                                                  12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

| 1.1 | | | |
|---|---|---|---|
| **6268 W. Lake Hazel Road** | **What is the property?** Check all that apply | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Street address, if available, or other description | ■ Single-family home | | |
| | ☐ Duplex or multi-unit building | | |
| | ☐ Condominium or cooperative | | |
| **Nampa** **ID** **83687-0000** | ☐ Manufactured or mobile home | | |
| City   State   ZIP Code | ☐ Land | | **Current value of the entire property?** **Current value of the portion you own?** |
| | ☐ Investment property | | **$500,000.00** **$500,000.00** |
| | ☐ Timeshare | | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| | ☐ Other _____ | | |
| **Ada** | **Who has an interest in the property?** Check one | | |
| County | ☐ Debtor 1 only | | |
| | ☐ Debtor 2 only | | |
| | ☐ Debtor 1 and Debtor 2 only | | ■ **Check if this is community property** (see instructions) |
| | ■ At least one of the debtors and another | | |

Other information you wish to add about this item, such as local property identification number:

**Property includes 5 acres**
**Debtor has legal title only and does not claim an equitable interest in property.**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................=>**     | **$500,000.00** |

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | **Nathan Ward Pyles** | | Case number *(if known)* | **17-01459-JDP** |

---

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

**3.1** Make: **Dodge**
Model: **Ram**
Year: **2016**
Approximate mileage: **24,000**
Other information:

| in good condition |

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **Unknown**

Current value of the portion you own? **Unknown**

---

**3.2** Make: **Chevrolet**
Model: **Denali**
Year: **2016**
Approximate mileage: **25,000**
Other information:

| in good condition |

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **Unknown**

Current value of the portion you own? **Unknown**

---

**3.3** Make: **Ford**
Model: **F350 diesel**
Year: **2006**
Approximate mileage: **180000**
Other information:

| Currently located at Gary's Automotive in Boise, ID to repair engine oil leak, Debtor paid $9,000 for vehicle in October then subsequently learned of oil leak, not believed to be subject to a warranty. Estimated cost of repairs $5,000.00 |

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$4,000.00**

Current value of the portion you own? **$4,000.00**

---

**3.4** Make: **Nissan**
Model: **Quest**
Year: **2006**
Approximate mileage: **99000**
Other information:

| |

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$6,000.00**

Current value of the portion you own? **$6,000.00**

---

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

---

**5** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................=> | **$10,000.00** |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Nathan Ward Pyles**                              Case number *(if known)*    **17-01459-JDP**

| **Part 3:** | Describe Your Personal and Household Items |

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

   | Household property including the following: Kitchen utensils, countertop appliances, pots and pans, etc ($500) Electric smoker ($50) old bbq grill ($50) SEE ATTACHED LIST FOR ADDITIONAL ITEMS | $5,230.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

   | 2 TV's ($300) 2 iPods ($100) 3 iPads, not working - won't hold charge ($0.00) 3 cell phones ($500) | $900.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes.  Describe.....

   | 10 antique bibles ($100) wedding sword ($200) taxidermied elk head ($200) Dance Macabre painting replica ($200) | $700.00 |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes.  Describe.....

   | 6 violins ($600) | $600.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes.  Describe.....

    | AK-47 ($300) Colt 1911 .45cal ($500) Firearm exemption applies to Colt 1911 Wildcard exemption applied to AK-47 | $800.00 |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor 1    **Nathan Ward Pyles**                                      Case number *(if known)*    17-01459-JDP

| Everyday clothing including:<br>Children's clothing | $1,200.00 |
|---|---|

**12. Jewelry**
  *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
  ☐ No
  ■ Yes. Describe.....

| Wedding ring ($100)<br>WIfe has some costume jewelry ($100) | $200.00 |
|---|---|

**13. Non-farm animals**
  *Examples:* Dogs, cats, birds, horses
  ☐ No
  ■ Yes. Describe.....

| 2 dogs<br>3 cats | $0.00 |
|---|---|

**14. Any other personal and household items you did not already list, including any health aids you did not list**
  ■ No
  ☐ Yes. Give specific information.....

| **15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ................................................................. | $9,630.00 |
|---|---|

**Part 4:    Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?                          Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
  *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
  ☐ No
  ■ Yes............................................................................................

                                                            **Cash on hand**    $0.00

**17. Deposits of money**
  *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
  ☐ No
  ■ Yes.......................

                          Institution name:

| 17.1. | Credit Union account ending in 9100 | ICON Credit Union | $0.00 |
|---|---|---|---|
| 17.2. | Checking account ending in 6991 | Chase Bank | $0.00 |

Debtor 1    **Nathan Ward Pyles**                                    Case number *(if known)*    **17-01459-JDP**

---

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No

■ Yes.................    Institution or issuer name:

        **Mutual Funds held at Edwards Jones**                                    **$1,200.00**

---

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Ebenezer Enterpises LLC** | **100% membership ownership** % | **Unknown** |
| **Shiloh Management Services, Inc.** | **100% ownership** % | **Unknown** |
| **Clear Portal, LLC (A/B/N Gilgal)** | **100%** % | **$0.00** |

---

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No

☐ Yes. Give specific information about them
        Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

■ No

☐ Yes. List each account separately.
        Type of account:        Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No

☐ Yes. ....................        Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No

☐ Yes............        Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No

☐ Yes............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No

☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No

☐ Yes.  Give specific information about them...

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Nathan Ward Pyles**                                      Case number *(if known)*    **17-01459-JDP**

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

**Money or property owed to you?**                                      **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ☐ No
    ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| Potential future tax refunds | | Unknown |
|---|---|---|

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    Company name:                    Beneficiary:                    Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................**

| $1,200.00 |
|---|

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☐ No. Go to Part 6.

Debtor 1   **Nathan Ward Pyles**    Case number *(if known)*   **17-01459-JDP**

■ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
■ No
☐ Yes. Describe.....

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☐ No
■ Yes. Describe.....

| |
|---|
| 1 desk ($100)<br>4 laptops ($800)<br>3 printers, one does not work ($120) |

$1,020.00

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
■ No
☐ Yes. Describe.....

41. **Inventory**
■ No
☐ Yes. Describe.....

42. **Interests in partnerships or joint ventures**
■ No
☐ Yes. Give specific information about them...................
    Name of entity:                     % of ownership:

43. **Customer lists, mailing lists, or other compilations**
■ No.
☐ Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

    ■ No
    ☐ Yes. Describe.....

44. **Any business-related property you did not already list**
■ No
☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**.................................................................................................................

$1,020.00

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor 1 | **Nathan Ward Pyles** | Case number *(if known)* | **17-01459-JDP** |

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☐ No
    ■ Yes. Give specific information.........

> Miscellaneous items in storage: Miscellaneous farm/livestock equipment, 10 old heaters used to warm chicken coops, old shelves, two ladders, four extension cords, 3 empty keg shells, 10 boxes of old books (belonged to grandparents),2 shovels, 2 brooms, wine refridgerators, old rope, tarps, propane stove,

$500.00

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................

$500.00

| **Part 8:** | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** ..................................................................................... $500,000.00
56. **Part 2: Total vehicles, line 5** $10,000.00
57. **Part 3: Total personal and household items, line 15** $9,630.00
58. **Part 4: Total financial assets, line 36** $1,200.00
59. **Part 5: Total business-related property, line 45** $1,020.00
60. **Part 6: Total farm- and fishing-related property, line 52** $0.00
61. **Part 7: Total other property not listed, line 54** + $500.00

62. **Total personal property.** Add lines 56 through 61...   $22,350.00   Copy personal property total   $22,350.00

63. **Total of all property on Schedule A/B.** Add line 55 + line 62   $522,350.00

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

IN RE:          **Nathan Pyles**

**SCHEDULE B ATTACHMENT - HOME FURNISHINGS**

| QUANTITY | ITEM | VALUE |
|---|---|---|
| | Misc Kids toys | $100.00 |
| | Mis Board Games | $50.00 |
| 4 | Bed Stands | $40.00 |
| 5 | DRESSER | $100.00 |
| 4 | Old Broken Hutches | $200.00 |
| 1 | Coffee Table | $50.00 |
| 4 | Old Trunks | $40.00 |
| | Misc School Supplies | $50.00 |
| | Kids Shields | $100.00 |
| 1 | Poker Chips | $20.00 |
| 1 | Scanner | $50.00 |
| | Misc Tools in tool box | $100.00 |
| 3 | Electric Drills | $75.00 |
| | Misc Barn Equipment | $100.00 |
| 2 | Old Work Benches | $10.00 |
| 2 | Safes with          Old Family Photos | $200.00 |
| 3 | Old Deer Hides | $10.00 |
| 3 | Ladder | $75.00 |
| 1 | Brass Menorah | $20.00 |
| 1 | Old Sump Pump | $10.00 |
| 4 | Old Hoses | $10.00 |
| 2 | BEDS | $125.00 |
| 1 | Dog Crate | $10.00 |
| 3 | Cat Crate | $10.00 |
| 1 | Nativity Set | $10.00 |
| | Misc Traps | $10.00 |
| 1 | Rusty Fox Trap | $10.00 |
| | Misc Plastic Bins if Old Blankets | $10.00 |
| | Misc Bins of Paper Regarding Genealogical Research | $10.00 |
| 1 | Snow Shovel | $10.00 |
| 1 | Old Prunning Shears | $10.00 |
| | Misc Framed Pictures | $50.00 |
| | Misc Old Tabacco Pipes | $30.00 |
| 5 | USS ESSEX Plank Owner Plaque | $5.00 |
| 1 | Wooden Helm | $10.00 |
| | Misc Old Cans | $10.00 |
| 1 | Roundup Sprayer | $10.00 |
| 1 | Toaster | $5.00 |
| 1 | coffee pot | $10.00 |
| 1 | Blender | $10.00 |
| 1 | Mixer | $10.00 |
| 1 | Microwave | $25.00 |
| 20 | silverware | $20.00 |
| 1 | China set | $100.00 |

| | | |
|---|---|---|
| 1 | Buffet | $100.00 |
| 1 | Hutch | $100.00 |
| 4 | Refridgerator | $200.00 |
| 1 | Washer | $50.00 |
| 1 | Dryer | $50.00 |
| 6 | Freezer | $300.00 |
| 2 | Night stand | $20.00 |
| 2 | Couch | $200.00 |
| 1 | Recliner | $50.00 |
| 4 | Clock | $200.00 |
| 4 | Desk | $200.00 |
| 2 | Desk chair | $50.00 |
| 6 | Bicycle | $300.00 |
| 1 | DVD Plaer | $25.00 |
| 1 | DVDs | $10.00 |
| 4 | Computer | $200.00 |
| 6 | Lamps | $60.00 |
| 1 | hope chest | $20.00 |
| 1 | Kitchen table | $50.00 |
| 6 | kitchen chairs | $60.00 |
| 1 | Dining room table | $50.00 |
| 6 | dining room chairs | $60.00 |
| 4 | figurines | $40.00 |
| 1 | vacuum | $100.00 |
| 6 | suitcase | $60.00 |
| 1 | iron | $5.00 |
| 1 | entertainment center | $25.00 |
| 1 | camera | $50.00 |
| 10 | portable heater | $50.00 |
| 1 | sewing machine | $20.00 |
| | Misc Boxes of Screws | $5.00 |
| | TOTAL: | $4,630.00 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Nathan Ward Pyles** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | 17-01459-JDP |

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:   Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2006 Ford F350 diesel 180000 miles Currently located at Gary's Automotive in Boise, ID to repair engine oil leak, Debtor paid $9,000 for vehicle in October then subsequently learned of oil leak, not believed to be subject to a warranty. Estimated cost of**<br>Line from *Schedule A/B*: **3.3** | $4,000.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(10) |
| **2006 Nissan Quest 99000 miles**<br>Line from *Schedule A/B*: **3.4** | $6,000.00 | ■ $7,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(3) |
| **Household property including the following:**<br>**Kitchen utensils, countertop appliances, pots and pans, etc ($500)**<br>**Electric smoker ($50)**<br>**old bbq grill ($50)**<br>**SEE ATTACHED LIST FOR ADDITIONAL ITEMS**<br>Line from *Schedule A/B*: **6.1** | $5,230.00 | ■ $4,100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1) (a)(b) or (c) |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1   **Nathan Ward Pyles**                                       Case number (if known)   **17-01459-JDP**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2 TV's ($300)**  **2 iPods ($100)**  **3 iPads, not working - won't hold charge ($0.00)**  **3 cell phones ($500)**  Line from *Schedule A/B*: **7.1** | $900.00 | ■ $900.00  ☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1) (a)(b) or (c) |
| **10 antique bibles ($100)**  **wedding sword ($200)**  **taxidermied elk head ($200)**  **Dance Macabre painting replica ($200)**  Line from *Schedule A/B*: **8.1** | $700.00 | ■ $700.00  ☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1) (a)(b) or (c) |
| **6 violins ($600)**  Line from *Schedule A/B*: **9.1** | $600.00 | ■ $600.00  ☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1) (a)(b) or (c) |
| **AK-47 ($300)**  **Colt 1911 .45cal ($500)**  **Firearm exemption applies to Colt 1911**  **Wildcard exemption applied to AK-47**  Line from *Schedule A/B*: **10.1** | $800.00 | ■ $750.00  ☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(8) |
| **AK-47 ($300)**  **Colt 1911 .45cal ($500)**  **Firearm exemption applies to Colt 1911**  **Wildcard exemption applied to AK-47**  Line from *Schedule A/B*: **10.1** | $800.00 | ■ $300.00  ☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(10) |
| **Everyday clothing including:**  **Children's clothing**  Line from *Schedule A/B*: **11.1** | $1,200.00 | ■ $1,200.00  ☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1) (a)(b) or (c) |
| **Wedding ring ($100)**  **Wife has some costume jewelry ($100)**  Line from *Schedule A/B*: **12.1** | $200.00 | ■ $1,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(2) |
| **2 dogs**  **3 cats**  Line from *Schedule A/B*: **13.1** | $0.00 | ■ $0.00  ☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1) (a)(b) or (c) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

IN RE:        **Nathan Pyles**

**SCHEDULE B ATTACHMENT - HOME FURNISHINGS**

| QUANTITY | ITEM | VALUE |
|---|---|---|
| | Misc Kids toys | $100.00 |
| | Mis Board Games | $50.00 |
| 4 | Bed Stands | $40.00 |
| 5 | DRESSER | $100.00 |
| 4 | Old Broken Hutches | $200.00 |
| 1 | Coffee Table | $50.00 |
| 4 | Old Trunks | $40.00 |
| | Misc School Supplies | $50.00 |
| | Kids Shields | $100.00 |
| 1 | Poker Chips | $20.00 |
| 1 | Scanner | $50.00 |
| | Misc Tools in tool box | $100.00 |
| 3 | Electric Drills | $75.00 |
| | Misc Barn Equipment | $100.00 |
| 2 | Old Work Benches | $10.00 |
| 2 | Safes with        Old Family Photos | $200.00 |
| 3 | Old Deer Hides | $10.00 |
| 3 | Ladder | $75.00 |
| 1 | Brass Menorah | $20.00 |
| 1 | Old Sump Pump | $10.00 |
| 4 | Old Hoses | $10.00 |
| 2 | BEDS | $125.00 |
| 1 | Dog Crate | $10.00 |
| 3 | Cat Crate | $10.00 |
| 1 | Nativity Set | $10.00 |
| | Misc Traps | $10.00 |
| 1 | Rusty Fox Trap | $10.00 |
| | Misc Plastic Bins if Old Blankets | $10.00 |
| | Misc Bins of Paper Regarding Genealogical Research | $10.00 |
| 1 | Snow Shovel | $10.00 |
| 1 | Old Prunning Shears | $10.00 |
| | Misc Framed Pictures | $50.00 |
| | Misc Old Tabacco Pipes | $30.00 |
| 5 | USS ESSEX Plank Owner Plaque | $5.00 |
| 1 | Wooden Helm | $10.00 |
| | Misc Old Cans | $10.00 |
| 1 | Roundup Sprayer | $10.00 |
| 1 | Toaster | $5.00 |
| 1 | coffee pot | $10.00 |
| 1 | Blender | $10.00 |
| 1 | Mixer | $10.00 |
| 1 | Microwave | $25.00 |
| 20 | silverware | $20.00 |
| 1 | China set | $100.00 |

| | | |
|---|---|---|
| 1 | Buffet | $100.00 |
| 1 | Hutch | $100.00 |
| 4 | Refridgerator | $200.00 |
| 1 | Washer | $50.00 |
| 1 | Dryer | $50.00 |
| 6 | Freezer | $300.00 |
| 2 | Night stand | $20.00 |
| 2 | Couch | $200.00 |
| 1 | Recliner | $50.00 |
| 4 | Clock | $200.00 |
| 4 | Desk | $200.00 |
| 2 | Desk chair | $50.00 |
| 6 | Bicycle | $300.00 |
| 1 | DVD Plaer | $25.00 |
| 1 | DVDs | $10.00 |
| 4 | Computer | $200.00 |
| 6 | Lamps | $60.00 |
| 1 | hope chest | $20.00 |
| 1 | Kitchen table | $50.00 |
| 6 | kitchen chairs | $60.00 |
| 1 | Dining room table | $50.00 |
| 6 | dining room chairs | $60.00 |
| 4 | figurines | $40.00 |
| 1 | vacuum | $100.00 |
| 6 | suitcase | $60.00 |
| 1 | iron | $5.00 |
| 1 | entertainment center | $25.00 |
| 1 | camera | $50.00 |
| 10 | portable heater | $50.00 |
| 1 | sewing machine | $20.00 |
| | Misc Boxes of Screws | $5.00 |
| | TOTAL: | $4,630.00 |

**Fill in this information to identify your case:**

| Debtor 1 | **Nathan Ward Pyles** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO | | |
| Case number (if known) | 17-01459-JDP | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____        X _____

**Nathan Ward Pyles**
Signature of Debtor 1                    Signature of Debtor 2

Date    12-29-17                        Date _____

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy