UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

Re:

**PYLES, NATHAN**

Debtor(s)

Case No. 17-01459-JDP

CHAPTER 7 TRUSTEE'S INITIAL STATUS REPORT AND MINUTES OF 341(a) MEETING OF CREDITORS

DATE OF 341(a) MEETING: **01/23/2018**  
NAME OF TRUSTEE: **Gary L. Rainsdon**  
RECORDING TRACK NO. **2**

LOCATION OF MEETING: **BOISE**  
DATE CASE FILED: **11/01/2017**

DEBTOR (X) SWORN AND EXAMINED  ( ) DID NOT APPEAR  ( ) APPEARED
DEBTOR ADDRESS CHANGE:
DEBTOR ATTORNEY:  (X) PRESENT  ( ) NOT PRESENT  ( ) PRO SE
    Kaufman, Jeffrey P
CREDITORS APPEARING ( ) NONE

Attorney Gery Edson on behalf of petitioning Creditors William and Ann Brinkley; Flash Investments, LLC; Frank Preston IRA, LLC; Lanny Johnson; Janelle Nelson; Jere and Sally Robertson; Stock Boise, LLC; Edwin Noah Tate; Triple B, LLC; James and JoAnn Willis;

Roger Button on behalf of Triple B LLC;

Matt Christensen of behalf of Trustee, Noah Hillen;

Jeannette Menicoff on behalf of Stock Boise, LLC;

Melvin Copple on behalf of himself and his wife;

David W. Newman on behalf of the United States Trustee.

ACTION ITEMS
 (X)  341(a) Meeting Continued to:  **02/13/2018 at 01:00 PM to verify SSN and for documents requested**
 (X)  SS Information Incorrect or Missing
 ( )  Concluded
 ( )  Dismiss for Failure of Debtor and/or Attorney to Appear
 (X)  Discharge Information Given to Debtor
 ( )  Unscheduled Assets Identified
 ( )  Do Not Dismiss – Trustee Intends to Pursue Assets – Trustee will file complaint to deny or revoke discharge, if necessary

GENERAL COMMENTS
 ( )  Debtor Identity and Social Security Documentation Match Petition
 (X)  Debtor Examined
 (X)  Schedules and Statement of Affairs Filed
 (X)  Statement of Income and Expenditures Filed
 (X)  Debtor Informed of Failure to Cooperate with Trustee or U.S. Trustee or Submit Required Reports Constitute Grounds for Dismissal
 (X)  Debtor Read and Understands Both Statement of Information Required by 11 U.S.C 341 and Statement Furnished by Gary L. Rainsdon, Trustee

/s/ _____
GARY L. RAINSDON, TRUSTEE