UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re: <br><br> NATHAN PYLES, <br><br> Debtor. | Case No. 17-01459-JDP <br><br> Chapter 7 |
|---|---|
| **ORDER EXTENDING TIME TO FILE MOTION TO DISMISS OR COMPLAINT OBJECTING TO DISCHARGE** | |

Based on the Motion for Extension of Time to File Motion to Dismiss or Complaint Objecting to Discharge, Dkt. No. 80, and good cause appearing therefore;

IT IS HEREBY ORDERED that the Trustee, the United States Trustee, and/or other parties in interest will have until June 25, 2018, to file a Motion to Dismiss and/or a Complaint objecting to discharge in the above-captioned case.

It is further ordered that the issuance of discharge will be delayed until on or after June 25, 2018.

//end of text//

Dated: March 19, 2018

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge

Submitted by Jason R. Naess, counsel for Gary L. Rainsdon, Chapter 7 Trustee