| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Nathan Ward Pyles** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO | |
| Case number | 17-01459-JDP | |
| (if known) | | ✓ Check if this is an amended filing |

# Official Form 107
## AMENDED Statement of Financial Affairs for Individuals Filing for Bankruptcy    4/16

**Questions being amended are designated with asterisks (\*\*\*)**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐ No
☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

**\*\*\*4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details. - **SEE ATTACHED ADDENDUM TO SOFA Regarding Question 4**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| \*\*\* | | | **Debtor's spouse is a part-time tutor** | Approx. $1,000 - $1,500 per year; records of such income were not kept. |

| Debtor 1 | Nathan Ward Pyles | Case number (*if known*) | 17-01459-JDP |
|---|---|---|---|

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☑ No
   ☐ Yes. Fill in the details. -

| | Debtor 1<br>Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Debtor 2<br>Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
|---|---|---|---|---|

### Part 3:  List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
   ☑ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
   ☑ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

| Debtor 1 | Nathan Ward Pyles | Case number *(if known)* | 17-01459-JDP |
|---|---|---|---|

### Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Philip Sorensen**<br>**vs**<br>**Nathan Plyes, Jeanette Pyles, & Shiloh Management**<br>**CV-2017-9996** | **Breach of Contract** | **Canyon County District Court**<br>**1115 W. Albany St.**<br>**Caldwell, ID 83605** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☑ No
    ☐ Yes

### Part 5: List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ☑ No
    ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

    ☐ No
    ☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address *(Number, Street, City, State and ZIP Code)* | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Soverign Grace Fellowship** | **Cash** | **2016-2017** | **$36,000.00** |

| Debtor 1 | Nathan Ward Pyles | Case number (if known) | 17-01459-JDP |
|---|---|---|---|

### Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|

### Part 7: List Certain Payments or Transfers

**\*\*\*16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| \*\*\* Law Office of D. Blair Clark, PC<br>1509 Tyrell Lane, Ste. 180<br>Boise, ID  83706<br>www.dbclarklaw.com<br>Clear Portal, LLC | $4,000 | Sept. 26, 2017 | $4,000 |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Dealernfa, Inc.<br>11251 NW 20th Street,<br>Unit 107<br>Miami, FL 33172<br><br>None | Two machine guns: 1) MP41, $9,000, and 2) M15AC (Lightning Link) $10,000. | Sales price was $19,000 of which Debtor has received $9,500, the other half to be received after ATF approval | 10/12/2017 |
| Idaho Auto Investments, LLC<br>4977 W. Fairview Ave.<br>Boise, ID 83706<br><br>None | 2004 Jaguar, value $3,500 | Received $3,840 trade in credit in toward purchase of 2006 Ford F350 | October 20, 2017 |

| Debtor 1 | Nathan Ward Pyles | Case number (*if known*) | 17-01459-JDP |
|---|---|---|---|

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Camping World RV Sales, LLC**<br>1580 W. Overland Rd.<br>Meridian, ID 83642<br><br>None | **Forest River Grey Trailer** camp trailer (~34 ft), value: $13,000 | Received $13,000 of which $12,000 went toward satisfying encumbering lien, remaining $1,000 was in cash. | **Approximately October 18, 2017** |
| **Gene Irgang**<br>125 1st St. North<br>Nampa, ID 83651<br><br>Friend | **Livestock animals (French Bresse x30, Turkeys x15, ducks x10, chickens x50, quail x10, checker partridge x 6, Geese x5, cows x2, calf x1, sheep x5)** aggregate value approximately $2,000 to $2,500 | Traded the livestock to Mr. Irgang in exchange for Mr. Irgang transporting the livestock off the property at 6268 Lake Hazel | **October 3, 2017** |
| **Ward Pyles**<br><br>father | **Hot Tub (doesn't work, bad pump)** - if fixed could be valued at $2,000; believe cost of fixing would be approximately $500, current value believed to be $800<br><br>**1950 John Deere tractor (doesn't run)** - if fixed could be valued at $1,000; costs to repair are believed to be in excess of $1,000, current value is believed to be scap. | Both items given to Mr. Ward Pyles in exchange for his labor to assist Debtor and his family move out of the residence at 6268 Lake Hazel. | **October 10th** |
| **Gene Irgang**<br>125 1st St. North<br>Nampa, ID 83651<br><br>Friend | **John Deere riding lawn mower** - $1,500 - $2,000 | Sold to Mr. Irgang in exchange for labor services provided in raising livestock at 6268 Lake Hazel | **April, 2017** |
| **John Freestead**<br><br>Brother in Law | **Rowing Machine** - $200 | $200 cash | **October 3, 2017** |
| **Boise Gun Co.**<br>4105 N. Adams St.<br>Eagle, ID 83616<br><br>None | **AK-47 valued at $300** | $300 cash | **October 12, 2017 (approx.)** |

| Debtor 1 | Nathan Ward Pyles | | Case number (if known) | 17-01459-JDP |
|---|---|---|---|---|

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Buckhorn Gun & Pawn<br>6601 W. Ustick Rd.<br>Boise, ID 83704<br><br>None | Desert Eagle<br>HK (knock off)<br>AK-74<br>AK-47-Romanian<br>AK-47<br>Saiga 12g shotgun<br>12 O/U shotgun<br>AR-15 (1st)<br>Egyptian Hakim<br>AR - 15 (2nd)<br>Luger (1st)<br>Luger (2nd)<br>.40cal handgun<br>Sig 9mm handgun | $3,000 cash for the all the guns | October 12, 2017 (approx.) |
| Unknown receipients<br><br>none | Per 2015 tax return Debtor sold on 12/31/2015 the following:<br>Garmin GPS ($750)<br>Garmin GPS ($750)<br>Kodak Camera ($250)<br>Kodak Camera ($250) | $2,000 Cash | 12/31/2015 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)
    ☑ No
    ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:** List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
    ☐ No
    ☑ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Chase Bank | XXXX-9526 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | June 2017 w/negative balance of $4900 | $0.00 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**
    ☑ No
    ☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

| Debtor 1 | Nathan Ward Pyles | Case number (if known) | 17-01459-JDP |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

   ☑ No
   ☐ Yes. Fill in the details.

   | Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
   |---|---|---|---|

---

**Part 9:  Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

   ☑ No
   ☐ Yes. Fill in the details.

   | Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
   |---|---|---|---|
   | Sons of Confederate Veterans of the Civil War<br>C/o Bruce Skaug<br>1226 E. Karcher Rd.<br>Nampa, ID  83687 | 6401 W. Overland Rd.<br>Nampa, ID | | |

---

**Part 10:  Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

☑ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

☑ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

☑ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   ☑ No
   ☐ Yes. Fill in the details.

   | Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
   |---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

   ☑ No
   ☐ Yes. Fill in the details.

   | Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
   |---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ☑ No
   ☐ Yes. Fill in the details.

   | Case Title<br>Case Number | Court or agency Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
   |---|---|---|---|

| Debtor 1 | Nathan Ward Pyles | Case number (if known) | 17-01459-JDP |
|---|---|---|---|

### Part 11: Give Details About Your Business or Connections to Any Business

**27.** Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

- ☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ☐ A partner in a partnership
- ☐ An officer, director, or managing executive of a corporation
- ☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business / Name of accountant or bookkeeper | Employer Identification number / Dates business existed |
|---|---|---|
| Shiloh Management Services, Inc<br>6268 W Lake Hazel Road<br>Nampa, ID 83687 | Real Estate Investor<br><br>Vanessa Claudio<br>KOHLER & EYRE CPAs | EIN: 80-0166886<br><br>From-To March 2008 to current |
| Merchant Product Solutions LLC<br>6268 W Lake Hazel Road<br>Nampa, ID 83687 | | EIN:<br><br>From-To 2008-2013 |
| Clear Portal, LLC<br>4817 Southside Blvd<br>Nampa, ID 83686 | | January, 2017 - current |
| Ebenezer Investments LLC<br>n/k/a Ebenezer Enterprises LLC<br>1215 1st Street South<br>Nampa, ID 83651 | | EIN:<br><br>From-To April 2008 to current |

CLear

**28.** Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☑ No
☐ Yes. Fill in the details below.

| Name Address (Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

### Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Nathan Ward Pyles
Signature of Debtor 1                                    Signature of Debtor 2

Date    3-21-18                                           Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
☑ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

## ADDENDUM TO SOFA
### Regarding Question 4

For calendar year 2015 Nathan & Jeannette Pyles estimates he received approximately $80,000 grossed from Shiloh Management Services, Inc. ("Shiloh") in the form of either wages or operating a business, however the tax returns prepared by his account reflect that he and his wife only received $21,813.00 ($19,813 as compensation from Shiloh, $1,400 as capital gains from Shiloh, and $600 from the sale of depreciated property.[1]

**Shiloh used the bookkeeping services of Kohler and Eyre CPAs to do bookkeeping for the business. At the time the involuntary petition was filed, Kohler andEyre was in the process of preparing Shiloh's tax returns for tax year 2016 and Shiloh owed a balance of approximately $5,031.24 to Kohler and Eyre for its bookkeeping and accounting services. Due to the outstanding balance, Kohler and Eyre ceased performing its bookkeeping and accounting services and has withheld the product of its services until it is paid in full. Debtor had relied on the bookkeeping services and is now without sufficient information to accurately disclose the income he received from Shiloh - his only source of income - for 2016 & 2017. The following information Debtor's best estimate of the income he received based on the information available to him.**

For calendar year 2016 Debtor estimates that he & his wife received approximately $5,800 per month from Shiloh for a total of $70,000.

For year to date 2017 (January 1st - November 1st) Debtor estimates that he & his wife received approximately $5,800 per month from Shiloh for a total of $58,000.

---

[1] Shiloh uses the calendar year as its fiscal year.