**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| Re: | Case No. 17-01459-JMM |
| **NATHAN PYLES,** | **CHAPTER 7 TRUSTEE'S INITIAL STATUS REPORT AND MINUTES OF 341(a) MEETING OF CREDITORS** |
| **Debtor.** | |

DATE OF 341(a) MEETING: **04/02/2018**      LOCATION OF MEETING: **BOISE**
NAME OF TRUSTEE: **Gary L.  Rainsdon**      DATE CASE FILED: **11/01/2017**
RECORDING TRACK NO. **2**

DEBTOR (X) SWORN AND EXAMINED  ( ) DID NOT APPEAR  ( ) APPEARED
DEBTOR ADDRESS CHANGE:
DEBTOR ATTORNEY:  (X) PRESENT  ( ) NOT PRESENT  ( ) PRO SE
        Kaufman, Jeffrey P
CREDITORS APPEARING ( ) NONE
                Joe Thompson on behalf of himself;
                Gery Edson on behalf of petitioning creditors;
                Noah Hillen on behalf of Shiloh Management Services, Inc.
                Roger Button on behalf of Triple B, LLC;
                Charles Darvey on behalf of himself;
                Chet Pipkin on behalf of himself.

ACTION ITEMS
  (X)      341(a) Meeting Continued to:  **05/02/2018 at 08:00 AM to verify SSN, for documents requested and turnover of computers and passwords**
  (X)      SS Information Incorrect or Missing
  ( )      Concluded
  ( )      Dismiss for Failure of Debtor and/or Attorney to Appear
  (X)      Discharge Information Given to Debtor
  ( )      Unscheduled Assets Identified
  ( )      Do Not Dismiss – Trustee Intends to Pursue Assets – Trustee will file complaint to deny or revoke discharge, if necessary

GENERAL COMMENTS
  ( )      Debtor Identity and Social Security Documentation Match Petition
  (X)      Debtor Examined
  (X)      Schedules and Statement of Affairs Filed
  (X)      Statement of Income and Expenditures Filed
  (X)      Debtor Informed of Failure to Cooperate with Trustee or U.S. Trustee or Submit Required Reports Constitute Grounds for Dismissal
  (X)      Debtor Read and Understands Both Statement of Information Required by 11 U.S.C 341 and Statement Furnished by Gary L. Rainsdon, Trustee

/s/
GARY L. RAINSDON, TRUSTEE