UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

Re:

**PYLES, NATHAN**

Debtor(s)

Case No. 17-01459-JMM

CHAPTER 7 TRUSTEE'S INITIAL STATUS REPORT AND MINUTES OF 341(a) MEETING OF CREDITORS

DATE OF 341(a) MEETING: **05/02/2018**         LOCATION OF MEETING: **BOISE**
NAME OF TRUSTEE: **Gary L. Rainsdon**          DATE CASE FILED: **11/01/2017**
RECORDING TRACK NO. 3

DEBTOR (X) SWORN AND EXAMINED  ( ) DID NOT APPEAR  ( ) APPEARED
DEBTOR ADDRESS CHANGE:
DEBTOR ATTORNEY:  (X) PRESENT  ( ) NOT PRESENT  ( ) PRO SE
          Kaufman, Jeffrey P
CREDITORS APPEARING (X) **Roger Button on behalf of Triple B, LLC**
                        **Charles Darvey on behalf of himself**

ACTION ITEMS
- (X) 341(a) Meeting Continued to:  **05/24/2018 at 02:00 PM for 2016 & 2017 tax returns and documents requested.**
- ( ) SS Information Incorrect or Missing **SSN was verified.**
- ( ) Concluded
- ( ) Dismiss for Failure of Debtor and/or Attorney to Appear
- (X) Discharge Information Given to Debtor
- ( ) Unscheduled Assets Identified
- ( ) Do Not Dismiss – Trustee Intends to Pursue Assets – Trustee will file complaint to deny or revoke discharge, if necessary

GENERAL COMMENTS
- (X) Debtor Identity and Social Security Documentation Match Petition
- (X) Debtor Examined
- (X) Schedules and Statement of Affairs Filed
- (X) Statement of Income and Expenditures Filed
- (X) Debtor Informed of Failure to Cooperate with Trustee or U.S. Trustee or Submit Required Reports Constitute Grounds for Dismissal
- (X) Debtor Read and Understands Both Statement of Information Required by 11 U.S.C 341 and Statement Furnished by Gary L. Rainsdon, Trustee

/s/
GARY L. RAINSDON, TRUSTEE