UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

Re:

**PYLES, NATHAN**

Case No. 17-01459-JMM

**CHAPTER 7 TRUSTEE'S INITIAL STATUS REPORT AND MINUTES OF 341(a) MEETING OF CREDITORS**

Debtor(s)

DATE OF 341(a) MEETING: **5/24/2018**         LOCATION OF MEETING: **BOISE**
NAME OF TRUSTEE: **Gary L. Rainsdon**         DATE CASE FILED: **11/01/2017**
RECORDING TRACK NO. 4

DEBTOR ( ) SWORN AND EXAMINED (X) DID NOT APPEAR ( ) APPEARED
DEBTOR ADDRESS CHANGE:
DEBTOR ATTORNEY: ( ) PRESENT (X) NOT PRESENT ( ) PRO SE
    Kaufman, Jeffrey P
CREDITORS APPEARING ( ) NONE

ACTION ITEMS
- (X) 341(a) Meeting Continued to: **06/14/2018 at 08:00 AM for documents requested.**
- ( ) SS Information Incorrect or Missing
- ( ) Concluded
- ( ) Dismiss for Failure of Debtor and/or Attorney to Appear
- (X) Discharge Information Given to Debtor
- ( ) Unscheduled Assets Identified
- ( ) Do Not Dismiss – Trustee Intends to Pursue Assets – Trustee will file complaint to deny or revoke discharge, if necessary

GENERAL COMMENTS
- (X) Debtor Identity and Social Security Documentation Match Petition
- (X) Debtor Examined
- (X) Schedules and Statement of Affairs Filed
- (X) Statement of Income and Expenditures Filed
- (X) Debtor Informed of Failure to Cooperate with Trustee or U.S. Trustee or Submit Required Reports Constitute Grounds for Dismissal
- (X) Debtor Read and Understands Both Statement of Information Required by 11 U.S.C 341 and Statement Furnished by Gary L. Rainsdon, Trustee

/s/
GARY L. RAINSDON, TRUSTEE