Jason R. Naess, ISB No. 8407
PARSONS, SMITH, STONE,
LOVELAND & SHIRLEY, LLP
137 West 13th Street
P. O. Box 910
Burley, ID  83318
jason@pmt.org
Telephone: (208) 878-8382
Facsimile:  (208) 878-0146

*Attorneys for Gary L. Rainsdon, Trustee*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In Re: <br><br> NATHAN PYLES, <br><br> Debtor. | Case No. 17-01459-JDP <br><br> Chapter 7 |

**CHAPTER 7 TRUSTEE'S NOTICE OF
PROPOSED ABANDONMENT OF CERTAIN PROPERTY OF THE ESTATE**

---

**Chapter 7 Trustee's Notice of Proposed Abandonment of Certain Property of the Estate
Opportunity to Object and for a Hearing**

<u>No Objection</u>.  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within fourteen (14) days of the date of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection</u>.  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.

<u>Hearing on Objection</u>.  The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

COMES NOW, the Chapter 7 Trustee in the above-captioned case, Gary L. Rainsdon

("Trustee"), and, pursuant to § 554(a) and Rule 6007, gives notice to all parties in interest of his

CHAPTER 7 TRUSTEE'S NOTICE OF PROPOSED ABANDONMENT OF CERTAIN PROPERTY OF THE ESTATE - 1

proposed abandonment of the Nathan Pyles bankruptcy estate's interest in Shiloh Management Services, Inc., for the following reasons:

1.    On November 1, 2017, on the same date that this case was commenced as an involuntary chapter 7 bankruptcy case, an involuntary chapter 7 case was commenced against Shiloh Management Services, Inc.

2.    When Debtor filed his schedules in this case, he indicated ownership of a 100% ownership interest in Shiloh Management Services, Inc.

3.    Shiloh Management Services, Inc., is currently being administered in chapter 7 and it is not anticipated there will be any distribution coming to Nathan Pyles, or his bankruptcy estate, from that case.

4.    Through the course of the administration of the Shiloh Management Services, Inc., estate, many of its assets have been liquidated. If it is determined Shiloh Management Services, Inc., has a taxable gain as a result of that liquidation, such could result in a tax burden for Debtor Nathan Pyle's bankruptcy estate.

THEREFORE, Trustee alleges the interest in Shiloh Management Services, Inc., is burdensome and of inconsequential value to the estate and that it would be in the best interest of Trustee and Debtor's to abandon such property. Trustee requests that any order entered on the instant motion be effective as of the date of this Motion.

DATED this 16th day of July, 2018.

PARSONS, SMITH, STONE, LOVELAND & SHIRLEY, LLP

*/s/ Jason R. Naess*
Jason R. Naess
Counsel for Chapter 11 Trustee, Gary L. Rainsdon