Jason R. Naess, ISB No. 8407
PARSONS, SMITH, STONE,
LOVELAND & SHIRLEY, LLP
137 West 13th Street
P. O. Box 910
Burley, ID  83318
jason@pmt.org
Telephone: (208) 878-8382
Facsimile:  (208) 878-0146

*Attorneys for Gary L. Rainsdon, Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| In Re:<br><br>NATHAN PYLES,<br><br>Debtor. | Case No. 17-01459-JDP<br><br>Chapter 7 |
|---|---|

## MOTION FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS OR COMPLAINT OBJECTING TO DISCHARGE

COMES NOW, the Chapter 7 Trustee Gary L. Rainsdon ("Trustee"), by and through counsel, and hereby moves the Court, pursuant to Rules 1017(e), 4004(b), and 9006(b), for entry of an order extending the time for filing a motion to dismiss or a complaint objecting to discharge and for delay in the issuance of discharge to the above-captioned debtor.  This motion is based upon the following:

1.      On November 1, 2017, an involuntary chapter 7 case was commenced with Nathan Pyles ("Debtor") as the debtor.

2.      The § 341 Meeting of Creditors has not yet been concluded in this case;

3.      The Debtor has not yet turned over to Trustee certain documents requested by Trustee;

4. The Debtor has not yet turned over to Trustee requested Tax Returns, including the 2016-2017 tax returns.

5. Once Debtor provides Trustee with the requested documents, Trustee will need time to review those documents before he can determine whether or not to object to entry of a discharge or to seek dismissal of the case.

WHEREFORE, Trustee requests the entry of an order granting an extension of the September 24, 2018, deadline to file a motion to dismiss or a complaint objecting to discharge until at least December 26, 2018. Trustee further requests that the issuance of a discharge be delayed until at least December 26, 2018.

DATED this 21st day of September, 2018.

                                                **PARSONS, SMITH, STONE, LOVELAND & SHIRLEY, LLP**

                                                Jason R. Naess
                                                Counsel for Chapter 11 Trustee, Gary L. Rainsdon

### CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2018, I filed the foregoing **MOTION FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS OR COMPLAINT OBJECTING TO DISCHARGE** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Jesse A.P. Baker on behalf of Creditor JPMorgan Chase Bank, N.A.
    ecfidb@aldridgepite.com, JPB@ecf.inforuptcy.com, jbaker@aldridgepite.com

Brett R Cahoon on behalf of U.S. Trustee US Trustee

ustp.region18.bs.ecf@usdoj.gov

Matthew Todd Christensen on behalf of Trustee Noah G. Hillen
mtc@angstman.com, mtcecf@gmail.com, govai@angstman.com, ecf@angstman.com, atty_christensen@bluestylus.com

Amber Nicole Dina on behalf of Creditors Inland Capital Fund LLC, Inland Capital Group, LLC, Inland Capital, LLC, and Charles Darby
amberdina@givenspursley.com, litigation@givenspursley.com

Gery W Edson on behalf of Creditors D.S.A. & Associates, Lucille Borses Family Trust, MDF&C Investments, LLC, John and Patti Fagen, Flash Investments, LLC, Frank Preston IRA, LLC, Stock Boise, LLC, Triple B, LLC, Edwin Noah Tate, James and JoAnn Willis, Janelle Nelson, Jere and Sally Robertson, Lanny Johnson, William and Ann Brinkley
gedson@gedson.com, tfurey@gedson.com

Daniel C Green on behalf of Creditor Geoffrey and Hicran Maina
dan@racinelaw.net, rag@racinelaw.net, hml@racinelaw.net

Noah G. Hillen on behalf of Auctioneer Corbett Auctions and Appraisals, Inc.
ngh@hillenlaw.com, dlr@hillenlaw.com, llm@hillenlaw.com, sellassets@ecf.inforuptcy.com, ID14@ecfcbis.com

Noah G. Hillen on behalf of Trustee Noah G. Hillen
ngh@hillenlaw.com, dlr@hillenlaw.com, llm@hillenlaw.com, sellassets@ecf.inforuptcy.com, ID14@ecfcbis.com

Jeffrey Philip Kaufman on behalf of Debtor Shiloh Management Services, Inc.
jeffrey@dbclarklaw.com, maryann@dbclarklaw.com, mbblair@dbclarklaw.com, dbc@dbclarklaw.com, reception@dbclarklaw.com

Jeffrey Philip Kaufman on behalf of Debtor Nathan Ward Pyles
jeffrey@dbclarklaw.com, maryann@dbclarklaw.com, mbblair@dbclarklaw.com, dbc@dbclarklaw.com, reception@dbclarklaw.com

Jed W Manwaring on behalf of Creditor Quality Properties, L.L.P.
jmanwaring@evanskeane.com, valerie@evanskeane.com

Kelly Greene McConnell on behalf of Creditors Inland Capital Fund LLC, Inland Capital Group, LLC, Inland Capital, LLC, and Charles Darby
litigation@givenspursley.com

Rudy L Patrick on behalf of Creditor Liberty Enterprises, LLC
rudy@rudypatrick.com, adrea@rudypatrick.com, patricklawidaho@gmail.com

Gary L Rainsdon
trustee@filertel.com, id12@ecfcbis.com, tinal@filertel.com, lori@filertel.com, kelliw@filertel.com

Gary L Rainsdon on behalf of Trustee Gary L Rainsdon

MOTION FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS OR COMPLAINT OBJECTING TO DISCHARGE - 3

    trustee@filertel.com, id12@ecfcbis.com, tinal@filertel.com, lori@filertel.com, kelliw@filertel.com

US Trustee
    ustp.region18.bs.ecf@usdoj.gov

Brent Russel Wilson on behalf of Creditor Frank Youngstrom
    bwilson@hawleytroxell.com, cdavenport@hawleytroxell.com

Any other registrants identified on the Notice of Electronic Filing.

    **PARSONS, SMITH, STONE, LOVELAND & SHIRLEY, LLP**

    */s/ Jason R. Naess*
    Jason R. Naess
    Counsel for Chapter 11 Trustee, Gary L. Rainsdon