UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re:<br><br>NATHAN PYLES,<br><br>Debtor. | Case No. 17-01459-JMM<br><br>Chapter 7 |
|---|---|

**ORDER EXTENDING TIME TO FILE MOTION TO DISMISS OR COMPLAINT OBJECTING TO DISCHARGE**

Based on the Motion for Extension of Time to File Motion to Dismiss or Complaint Objecting to Discharge, Dkt. No. 141, and good cause appearing therefore;

IT IS HEREBY ORDERED that the Trustee, the United States Trustee, and/or other parties in interest will have until December 26, 2018, to file a Motion to Dismiss and/or a Complaint objecting to discharge in the above-captioned case.

IT IS FURTHER ORDERED that the issuance of discharge will be delayed until on or after December 26, 2018.

DATED: September 21, 2018

JOSEPH M. MEIER
U. S. BANKRUPTCY JUDGE

Submitted by Jason R. Naess, counsel for Gary L. Rainsdon, Chapter 7 Trustee